668

No. 851. SUN-MAID RAISIN GROWERS v. CALIFORNIA PACKING CORP. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Wm. J. Hughes, Jr., A. W. Boyken,* and *Edward S. Rogers* for petitioner. *Mr. Frank D. Madison* for respondent.

No. 860. DALLAS v. GARDNER, TRUSTEE. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George Sergeant* for petitioner. No appearance for respondent.

No. 862. BRIMMER v. UNION OIL CO. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. F. Chatterton, Frank W. Mondell,* and *Harold C. Morton* for petitioner. *Mr. Lewis W. Andrews* for respondent.

No. 863. WEST MISSOURI POWER CO. v. WASHINGTON ET AL. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. B. I. Litowich* for petitioner. *Mr. Ralph T. O'Neil* for respondents.

No. 876. WHITNEY REALTY CO., LTD. ET AL. v. COMMISSIONER OF INTERNAL REVENUE. May 4, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Ferris D. Stone* and *Cleveland Thurber* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs.*